UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WINFRED V. CAMPBELL

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

22-807-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Richard L. Bourgeois, Jr. dated May 3, 2023, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Court declines the exercise of supplemental jurisdiction over any potential state law claims, and this action is dismissed, with prejudice, for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Signed in Baton Rouge, Louisiana, on this 18 day of May, 2023.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 26.
[2] Rec. Doc. 28.